1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

10  RAFAEL ARROYO, JR.,                      CASE NO.: 5:14-cv-02466-RMW

11            Plaintiff,                     **ORDER GRANTING REQUEST FOR
                                             AND STIPULATION TO CONTINUE**
12        v.                                 **DEADLINE TO COMPLY WITH
                                             GENERAL ORDER 56 REGARDING**
13  E-Z 8 MOTELS INC., a California          **ALL PARTIES MEETING AT THE SITE**
    corporation; and DOES 1 to 10,
14
            Defendants.                      District Judge:    Hon. Ronald M. Whyte
15                                           Courtroom:         6
                                             Complaint Filed:   05/28/2014
16

17       Presently before the Court are Plaintiff RAFEAL ARROYO and Defendant EZ-8

18  MOTELS INC.'s: Request and Stipulation to continue the deadline to comply with General

19  Order 56, with respect to the parties meeting at the site of the alleged deficiencies, from

20  November 14, 2014 to November 28, 2014.  Good cause appearing, the Court **GRANTS** the

21  request.

22       The parties shall conduct a meeting of counsel at the premises pursuant to General

23  Order 56 on or before November 28, 2014.

24       **IT IS SO ORDERED.**

25

26  DATED:                          By: _Ronald M. Whyte_

27                                      Honorable Ronald M. Whyte
                                        United States District Judge

28

-1-

**Order Granting Request For And Stipulation To Continue Deadline To
Comply With General Order 56 Regarding All Parties Meeting At The Site**

766085v1                                          Case No. 5:14-cv-02466-RMW