CENTER FOR DISABILITY ACCESS
Raymond Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
 San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg @ potterhandy.com

Attorneys for Plaintiff

John C. Wynne
Robert M. Shaughnessy
DUCKOR SPRADLING METZGER AND WYNNE
A Law Corporation
3043 4th Avenue
San Diego, CA - 92103
Telephone: (619)209-3000

Attorney for Defendant
E Z 8 MOTELS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>E Z 8 MOTELS INC., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case: 5:14-CV-02466-RMW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

# STIPULATION

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs. This stipulation is made as a result of settlement of this action.

Dated: June 1, 2015          CENTER FOR DISABILITY ACCESS

                                      By: /s/ Phyl Grace
                                          Phyl Grace
                                          Attorneys for Plaintiff

Dated: May 15, 2015          DUCKOR SPRADLING METZGER AND WYNNE

                                      By: /s/ Robert M. Shaughnessy          .
                                        John C. Wynne
                                        Robert M. Shaughnessy
                                        Attorney for Defendant
                                        E Z 8 MOTELS INC.,

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>E Z 8 MOTELS INC.,  a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:14-CV-02466-RMW<br><br>**ORDER** |

**ORDER**

    This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____     *Ronald M. Whyte*
                                  HONORABLE RONALD M. WHYTE
                                  UNITED STATES DISTRICT COURT JUDGE

1